# United States Court of Appeals
## For the First Circuit

No. 22-1563

TRAVIS MCEWEN, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

NATIONAL RIFLE ASSOCIATION OF AMERICA; INFOCISION INC., d/b/a InfoCision Management Corporation,

Defendants - Appellees.

**JUDGMENT**

Entered: February 24, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Patrick N. Strawbridge
Sam Camardo
Terry M. Brennan
David G Webbert
Kaleigh Boyd
Kim D. Stephens
Jason T. Dennett