No. 22-1563

United States Court of Appeals
For the First Circuit

───────────────────────────────

TRAVIS MCEWEN,

*Plaintiff-Appellant,*

v.

NATIONAL RIFLE ASSOCIATION OF AMERICA, et al.

*Defendants-Appellees*

───────────────────────────────

On Appeal from the United States District Court
for the District of Maine, Portland
Case No. 2:20-cv-00153-LEW

───────────────────────────────

**Joint Status Report**

As the Court directed in its December 16, 2022 Order, the parties file this joint status report to update the Court on the successful settlement of this case.

1.　The parties executed a complete Settlement Agreement on December 14, 2022.

2.　The parties have made substantial progress toward the completion of the conditions in their Settlement Agreement and expect

those conditions to be fully satisfied on about February 13, 2023.

  3. Within seven days of when the conditions in the Settlement Agreement are fully satisfied, Mr. McEwen's counsel will file notices with the District Court and First Circuit dismissing Mr. McEwen's case and appeal, respectively, with prejudice and without fees or costs to either party.

  4. Under the Court's December 16, 2022 Order, the parties will file their next joint status report on February 16, 2023.

Date: January 17, 2023  Respectfully submitted,

         /s/ David G. Webbert
         David G. Webbert, Bar No. 50820
         Johnson & Webbert, LLP
         1 Bowdoin Mill Island, Ste. 300
         Topsham, ME 04086
         Telephone: (207) 623-5110
         Email: dwebbert@johnsonwebbert.com
         *Attorney for Plaintiff-Appellant*

         /s/ Sam Camardo
         Sam Camardo, Bar No. 1204250
         Baker & Hostetler LLP
         127 Public Square, Ste 2000
         Cleveland, OH 44114
         Telephone: (216) 861-7304
         Email: scamardo@bakerlaw.com
         *Attorney for Defendants-Appellees*

## Certificate of Service

I, David G. Webbert, hereby certify that on January 17, 2023, I electronically filed the parties' Joint Status Report with the U.S. Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the foregoing counsel of record are registered as ECF Filers, and they will be served by the CM/ECF system:

Terry M. Brennan, Esq. at tbrennan@bakerlaw.com
Sam Camardo, Esq. at scamardo@bakerlaw.com
Patrick N. Strawbridge, Esq. at patrick@consovoymccarthy.com
Kim D. Stephens, Esq. at kstephens@tousley.com
Kaleigh Boyd, Esq. at kboyd@tousley.com
Jason T. Dennett, Esq. at jdennett@tousley.com

/s/ David G. Webbert
David G. Webbert, Bar No. 50820
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Ste. 300
Topsham, ME 04086
Telephone: (207) 623-5110
Email: dwebbert@johnsonwebbert.com
*Attorney for Plaintiff-Appellant*