No. 22-1563

United States Court of Appeals
For the First Circuit

———————————————————

TRAVIS MCEWEN,

*Plaintiff-Appellant,*

v.

NATIONAL RIFLE ASSOCIATION OF AMERICA, et al.

*Defendants-Appellees*

———————————————————

On Appeal from the United States District Court
for the District of Maine, Portland
Case No. 2:20-cv-00153-LEW

———————————————————

**Appellant's Consent Motion for Voluntary Dismissal of Appeal**

Appellant Travis McEwen moves, under Fed. R. App. P. 42(b), for the dismissal of his appeal with prejudice and without fees or costs to any party. The reason for this motion are as follows:

1.     The parties executed a complete Settlement Agreement on December 14, 2022.

2.     The conditions of the Settlement Agreement have been fully satisfied and thus Appellant wishes to dismiss his appeal with prejudice.

For these reasons, Appellant, with the consent of Appellees, respectfully asks the Court to grant this motion and dismiss this appeal with prejudice and without fees or costs to any party.

Date: February 15, 2023          Respectfully submitted,


                                 /s/ David G. Webbert
                                 David G. Webbert, Bar No. 50820
                                 Johnson & Webbert, LLP
                                 1 Bowdoin Mill Island, Ste. 300
                                 Topsham, ME 04086
                                 Telephone: (207) 623-5110
                                 Email: dwebbert@johnsonwebbert.com
                                 *Attorney for Plaintiff-Appellant*

<h1 align="center">Certificate of Service</h1>

I, David G. Webbert, hereby certify that on February 15, 2023, I electronically filed Appellant's Consent Motion for Voluntary Dismissal of Appeal with the U.S. Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the foregoing counsel of record are registered as ECF Filers, and they will be served by the CM/ECF system:

Terry M. Brennan, Esq. at tbrennan@bakerlaw.com
Sam Camardo, Esq. at scamardo@bakerlaw.com
Patrick N. Strawbridge, Esq. at patrick@consovoymccarthy.com
Kim D. Stephens, Esq. at kstephens@tousley.com
Kaleigh Boyd, Esq. at kboyd@tousley.com
Jason T. Dennett, Esq. at jdennett@tousley.com

/s/ David G. Webbert
David G. Webbert, Bar No. 50820
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Ste. 300
Topsham, ME 04086
Telephone: (207) 623-5110
Email: dwebbert@work.law
*Attorney for Plaintiff-Appellant*